

# Fourth Court of Appeals
## San Antonio, Texas

October 31, 2018

No. 04-18-00507-CV

**IN THE INTEREST OF R.G.M.R. A CHILD**,

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-01101
Honorable Peter Sakai, Judge Presiding

# O R D E R

In this accelerated appeal of an order terminating Appellant's parental rights, Appellant's court-appointed attorney filed an *Anders* brief in which counsel asserts there are no meritorious issues to raise that would allow this court to reverse the trial court's order. *See Anders v. California*, 386 U.S. 738, 744 (1967); *In re R.R.*, No. 04-03-00096-CV, 2003 WL 21157944, at *4 (Tex. App.—San Antonio May 21, 2003, no pet.) (applying *Anders* procedure in a parental rights termination appeal). Counsel has informed Appellant of his right to file a pro se brief and his right to a free copy of the appellate record.

The State filed a letter waiving its right to file an appellee's brief unless Appellant files a pro se brief.

If Appellant desires to file a pro se brief, we ORDER Appellant to do so within **TWENTY DAYS** of the date of this order. *See* TEX. R. APP. P. 38.6(a).

If Appellant files a pro se brief, the State may file a responsive brief not later than TWENTY DAYS after Appellant's pro se brief is filed in this court. *See id.* R. 38.6(b).

Appellant's counsel's motion to withdraw is HELD IN ABEYANCE pending further order of this court.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of October, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court